UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARSHALL EALY                                                                                           PLAINTIFF

v.                                                                         CIVIL ACTION No. 3:16cv775-DPJ-FKB

QUALITY RESTAURANT CONCEPTS, LLC                                                        DEFENDANT

ORDER TO SHOW CAUSE

The case is before the Court on Defendant Quality Restaurant Concepts, LLC's Motion to Compel Arbitration [17], filed March 22, 2017.  Under Local Rule 7(b)(4), Plaintiff Marshall Ealy was required to respond within 14 days, but to date, he has neither responded to the motion nor requested additional time within which to do so.

Therefore, the Court orders that by April 26, 2017, Ealy shall either respond to the motion or advise the Court that he does not intend to do so.  Failure to timely respond will result in the Court taking up the motion as currently briefed.

**SO ORDERED AND ADJUDGED** this the 18th day of April, 2017.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE